UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

**PETER J. MESSITTE**         6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**        GREENBELT, MARYLAND 20770
       301-344-0632

MEMORANDUM

TO:      AUSA Arun Rao

FROM:      Judge Peter J. Messitte

RE:      United States v. Coronado, Crim. No. PJM 15-608

DATE:      May 2, 2017

The Court has received a request from Ms. Coronado to have her term of supervised release terminated early. Ms. Coronado is serving a five year term of supervised release.

Before responding to her request, the Court would like to know the Government's position on the matter. Accordingly, the Government **SHALL**, within thirty (30) days, submit a written response to the Court, copying FPD Amy Fitzgibbons who has entered an appearance on behalf of Ms. Coronado.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

       /s/
       **PETER J. MESSITTE**
       **UNITED STATES DISTRICT JUDGE**

cc:      FPD Amy Fitzgibbons

        Court File